WILLIAM R. TAMAYO, #084965 (CA)
DAVID F. OFFEN-BROWN, #063321 (CA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone: (415) 625-5667
Facsimile: (415) 625-5609

WILFREDO TUNGOL, #2550 (HI)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Honolulu Local Office
300 Ala Moana Blvd., Rm. 7-127
Honolulu, HI 96850-0051
Telephone: (808) 541-3121
Facsimile: (808) 541-3390

F I L E D
Clerk
District Court

NOV 02 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>KUMANOMI ISLAND CO., LTD.,<br><br>Defendant. | Case No.: 05-0029<br><br>**CERTIFICATE OF SERVICE re: WAIVER OF SERVICE of the Complaint and Summons** |

## CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States, over the age of 18 years and not a party to this action. My business address is the office of the

1

United States Equal Employment Opportunity Commission, 300 Ala Moana Blvd, Room 7-127, Honolulu, HI 96850 hereby certify that a true and correct copy of the attached document :

WAIVER OF SERVICE of the Complaint and SUMMONS

will be duly served via United States first class mail with proper postage, addressed to:

Michael W. Dotts, Esq.
Law Offices of O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969, Saipan, MP 96950-1969

I certify under penalty of perjury that the above is true and correct.

DATED: 01 NOVEMBER 2005

Wilma M. De Guzman
EEOC-HLO Legal Tech

2