MICHAEL W. DOTTS, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

*Attorneys for Defendant*

FILED
Clerk
District Court

NOV 2 5 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KUMANOMI ISLAND COMPANY, LTD.,<br><br>　　　　Defendant. | CIVIL ACTION NO. 05-0029<br><br><br><br>PROOF OF SERVICE |

The undersigned hereby certifies that a copy of **ANSWER AND DEMAND FOR JURY TRIAL** was served on November 23, 2005 as follows:

　　　_X_  by fax addressed to:

　　　　Wilfredo Tungol
　　　　U.S. Equal Employment Opportunity Commission
　　　　San Francisco District Office
　　　　350 Embarcadero , Suite 500
　　　　San Francisco, CA 94105-1260
　　　　Fax No.: (808) 541-3390

Dated this 23rd day of November, 2005.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Jennifer O. Bautista

3231-01-051123-ProofSvc.mail&fax-leb