MICHAEL W. DOTTS, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

*Attorneys for Defendant*

FILED
Clerk
District Court

NOV 2 5 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>KUMANOMI ISLAND COMPANY, LTD.,<br><br>Defendant. | CIVIL ACTION NO. 05-0029<br><br>PROOF OF SERVICE |

The undersigned hereby certifies that a copy of **ANSWER AND DEMAND FOR JURY TRIAL** was served on November 23, 2005 as follows:

    __X__ by mail addressed to:

    Wilfredo Tungol
    U.S. Equal Employment Opportunity Commission
    San Francisco District Office
    350 Embarcadero , Suite 500
    San Francisco, CA 94105-1260

Dated this 23rd day of November, 2005.

                                                                               Alexander Lopez

3231-01-051123-ProofSvc.mail&fax-leb