F I L E D
Clerk
District Court

DEC 1 4 2005

for The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>KUMANOMI ISLAND COMPANY, LTD.,<br><br>Defendant, | Civil Action No. 05-0029<br><br><br>ORDER SETTING STATUS CONFERENCE |

Wilfred Tungol
EEOC Commission
300 Ala Moana Blvd., Room 7-127
Honolulu, HI 96850-0051

Michael W. Dotts
Attorney at Law
P.O. Box 501969
Saipan, MP 96950

A Status Conference in the above case is set for Wednesday, February 22, 2006, at 9:00 a.m.

IT IS SO ORDERED.

DATED this 14th day of December, 2006.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)