ORIGINAL

1  MICHAEL W. DOTTS, Esq. - # F0150 (NMI)
   O'Connor Berman Dotts & Banes
2  Second Floor, Nauru Building
   P.O. Box 501969
3  Saipan, MP 96950
   Telephone No. (670) 234-5684
4  Facsimile No. (670) 234-5683

6  *Attorneys for the Defendant*

F I L E D
Clerk
District Court

JAN 1 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO. 05-0029 |
| Plaintiff, | DEFENDANT'S INITIAL DISCLOSURES |
| vs. | |
| KUMANOMI ISLAND COMPANY, LTD., | DATE: FEB 2 2 2006 |
| Defendant. | TIME: 9:00 AM |

Pursuant to Rule 26(a)(1), Defendant Kumanomi Island Company, Ltd. makes the following disclosures:

A.  **Individuals with Discoverable Information**

Subjects of discoverable information:

1 - Witnesses who testify to the poor job performance of Emily Barcelo.

2 - Witnesses who testify that Emily Barcelo was given warnings about her poor job performance.

3 - Witnesses who testify to the company policy against pregnancy discrimination.

4 - Witnesses who testify about company benefits such as health insurance.

5 - Witnesses who testify about the business (for example, what is sold, who are the customers, the annual sales income, etc.)

6 - Witnesses who testify why Emily Barcelo was not renewed.

|    | NAMES | SUBJECT | TELEPHONE | ADDRESS |
|----|-------|---------|-----------|---------|
| 1  | Mayumi Nakadai* | 1, 2, 3, 4, 5, 6 | | |
| 2  | Evelyn (Lopez) Enrico* | 1, 2, 3, 4, 5 | | |
| 3  | Adora Pineda* | 1, 2, 3, 4, 5 | | |
| 4  | Crisanta Blas* | 1, 2, 3, 4, 5 | | |
| 5  | Celina Encarnacion* | 1, 2, 3, 4, 5, 6 | | |
| 6  | Myla Soledad | | unknown | unknown |
| 7  | Eden De Belen* | 1, 2, 3, 4, | | |
| 8  | Maricel Acuin* | 1, 2, 4, | | |
| 9  | Maria Celia Dayno* | 1, 2, 3, 4, | | |
| 10 | Editha Rivera* | 1, 2, 3, 4, 5 | | |
| 11 | Jojit Paz | | unknown | unknown |
| 12 | Tomomi Nakano* | 1, 2, 3, 4, 5, 6 | | |

1

| | | | | |
|---|---|---|---|---|
| 13 | Michelle Rodriguez* | 1, 2, | | |
| 14 | Milagros Matriano* | 1, 2, 3, 4, 5 | | |
| 15 | Josephine Dionisio* | 1, 2, 3, 4, 5 | | |
| 16 | Nancy Garcia* | 1, 2, 5 | | |
| 17 | Vira Seman* | 1, 2, 3, | | |
| 18 | Janice Enrico* | 1, 2, | | |
| 19 | Masahiko Hagiwara* | 1, 2, 3, 4, 5 | | |
| 20 | Gina Reyes* | 1, 2, 3, 4, 5 | | |
| 21 | Ponciano Rivera* | 1, 2, 3, 4, 5 | | |
| 22 | Gertrudes Valdez* | 3, 5 | | |
| 23 | Michael Umali* | 3, 4, 5 | | |
| 24 | Genalyn Reyes* | 3, 4, 5 | | |
| 25 | Marifer Galang* | 3, 4, 5 | | |
| 26 | Jenny Magtangob* | 3, 4, 5 | | |
| 28 | Lilybeth Hermosa* | 3, 4, 5 | | |
| 29 | Jasmin Dizon* | 3, 4, 5 | | |
| 30 | Shirley Ignacio* | 5 | | |
| 31 | Bruce Berline** | 3, 6 | (670) 233-3663 | 1/F Macaranas Building, Beach Road, Garapan P.O. Box 5682 CHRB Saipan, MP 96950 |
| 32 | Glory Gervacio | 6 | (808) 541-3121 | EEOC Honolulu Local Office, 300 Ala Moana Boulevard, Rm. 7-127, Honolulu, HI 96850-0051 |
| 33 | Peter [Gil?] San Nicholas | 6 | (670) 236-0900 | 2/F Afetna Square Building, San Antonio, Caller Box 10007 Saipan, MP 96950 |

\*   -   If a telephone number or address is not stated, then the included names can be reached through Defendant's counsel.

\*\*  -   May have properly discoverable information but because Mr. Berline was counsel to the Defendant, much of the information he has is protected by attorney-client privilege and Defendant does not waive that privilege by making this disclosure.

2

**B.     Documents Supporting Defendant's Claims**

All documents (except as indicated below) have been previously produced. They are now bates stamped 00001 through 00407 by Plaintiff.

A partial transcript of a digital recording exists and is being produced as bates number 00408 – 00427.

**C.     Computation of Damages**

Charging party has $0.00 damages. The Defendant has not made a counterclaim.

**D.     Insurance Policies**

None that would apply here exist, except to the extent the health insurance policy is relevant to the Plaintiff's claim. The health insurance policy will be made available for inspection and copying upon Plaintiff's request.

The above disclosures are made without waiving attorney-client privilege or work product protections. Defendant reserves the right to supplement these disclosures.

Dated: January __/__ 2006.

Respectfully submitted,
O'CONNOR BERMAN DOTTS & BANES

By: _____
MICHAEL W. DOTTS (F0150)

K:\3000\3231 Kumanomi\PL\draft\Dfndant'sDsclosures-060116-jom.doc

3