```
                                          FILED
                                           Clerk
                                       District Court
```

1  MICHAEL W. DOTTS, Esq.
   O'Connor Berman Dotts & Banes          JAN 2 4 2006
2  Second Floor, Nauru Building
3  P.O. Box 501969                        For The Northern Mariana Islands
   Saipan, MP 96950                       By_____
4  Telephone No. (670) 234-5684                    (Deputy Clerk)
   Facsimile No. (670) 234-5683
5

6  *Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO. 05-0029 |
| Plaintiff, | STIPULATION/ORDER |
| vs. | |
| KUMANOMI ISLAND COMPANY, LTD., | |
| Defendant. | |

The parties herein stipulate and agree to move the status conference scheduled for February 22, 2006 at 9:00 a.m. to February 24, 2006 at 10:00 a.m. to accommodate Defendant's counsel's attendance at an argument that the Commonwealth Supreme Court recently set for February 22, 2006 on Rota.

IT IS SO STIPULATED:

Dated: January 24, 2006.

_____          _____
Wilfredo Tungol,                    Michael W. Dotts,
EEOC Commission                     O'Connor Berman Dotts & Banes
Attorney for Plaintiff EEOC         Attorney for Defendant
                                    Kumanomi Island Co., Ltd.

## ORDER

BASED ON THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING, the Court hereby orders that the status conference previously scheduled for February 22, 2006 at 9:00 a.m. shall be held on February 24, 2006 at 10:00 a.m.

IT IS SO ORDERED.

Dated: January 24th, 2006.

*Alex R. Munson*
Judge Alex R. Munson