ORIGINAL

MICHAEL W. DOTTS, Esq. - # F0150 (NMI)
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

*Attorneys for the Defendant*

FEB - 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Clerk
District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> KUMANOMI ISLAND COMPANY, LTD., <br><br> Defendant. | CIVIL ACTION NO. 05-0029 <br><br> NOTICE OF DEPOSITION |

TO : EMILY S. BARCELO AND HER ATTORNEY OF RECORD

PLEASE TAKE NOTICE that Defendant Kumanomi Island Co., Ltd., by and through counsel, will take the Deposition of Emily S. Barcelo on March 1, 2006 at 10:00 a.m. at the offices of O'Connor Berman Dotts & Banes, Second Floor, Nauru Building, Susupe, Saipan, CNMI.

Said deposition is noticed pursuant to Rule 30 of the Federal Rules of Civil Procedure.

The deposition shall be upon oral examination before an officer authorized by law to administer oaths. You are invited to attend and cross examine. Pursuant to Rule 30(b)(2), you are hereby notified that the depositions will be recorded by a cassette tape recorder and may be recorded by video tape as well.

Dated: February 9, 2006.

Respectfully submitted,
O'CONNOR BERMAN DOTTS & BANES
Attorneys for Defendant Kumanomi Island

By: _____
MICHAEL W. DOTTS (F0150)

K:\3000\3231 Kumanomi\PL\draft\NoticeOfDeposition-060209-jom.doc