F I L E D
District Court

MAR 1 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1

2

3

4

5

6

7      IN THE UNITED STATES DISTRICT COURT

8      FOR THE NORTHERN MARIANA ISLANDS

9

10

11   EQUAL EMPLOYMENT              )      Civil Action No. 05-0029
     OPPORTUNITY COMMISSION,       )
12                                 )
13            Plaintiff            )
                                   )
14                                 )
          v.                       )      ORDER DISMISSING
15                                 )      LAWSUIT and CLOSING FILE
                                   )
16   KUMANOMI ISLAND CO., LTD.,    )
                                   )
17            Defendant            )
                                   )
18   _____)

19        BASED UPON the consent decree entered into by the parties and approved

20

21   by the court this date,

22        IT IS ORDERED that this lawsuit be and hereby is dismissed and that this

23

24

25

26

27

28

file is closed.  The court shall retain jurisdiction as per Part V, ¶ 14 of the consent decree.

DATED this 16th day of March, 2006.

_____
ALEX R. MUNSON
Judge